UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

FILED
October 6, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. MAG 05-0283 DAD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| ROSA ISELA HUERTA, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ROSA ISELA HUERTA__ , Case No. __MAG 05-0283 DAD__ , Charge __17 § 506(a); 18 § 371,2319,2318,2320,2__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ☒  Release on Personal Recognizance

_(an)_  ☒  Bail Posted in the Sum of $_____

    __  Unsecured Appearance Bond $_____

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond with Surety

    __  Corporate Surety Bail Bond

    ☒  (Other) _Pretrial Services Supervision_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __October 6, 2005__ at __2:55 p.m.__ .

By _____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal